FILED
CLERK, U.S. DISTRICT COURT

JUN - 3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TIMOTHY EUGENE MACK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL,<br><br>　　　　Respondent. | Case No. CV 09-04553 GHK (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has conducted a de novo review of the filing in this action, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection thereto.

IT IS ORDERED THAT:

1. The court finds the Objection principally reiterates points that were raised in the Petition and Traverse, all of which lack merit for the reasons explained in the R&R. In particular, Petitioner's repeated insistence that his confrontation claims (grounds one and three) are governed by *Giles v. California*, 554 U.S. ---, 128 S. Ct. 2678 (2008) is misplaced. (Objection at 2, 3, 4, 6, 8, 11-12, 14.) *Giles* is completely inapplicable to Petitioner's confrontation claims. *Giles* dealt with the issue of whether a victim's testimonial statements otherwise barred by *Crawford v. Washington*, 541 U.S. 36, 124 S.

Ct. 1354 (2004) could still be admissible under the forfeiture by wrongdoing exception in the absence of evidence showing the defendant killed the victim with the intent and purpose of making the victim unavailable as a witness. In contrast, Petitioner's confrontation claims lacked merit because, as discussed in the R&R, these claims are based upon two statements that do not constitute testimonial statements within the meaning of *Crawford, Davis v. Washington*, 547 U.S. 813, 126 S. Ct. 2266 (2006), or *Melendez-Diaz v. Massachusetts*, 557 U.S. ---, 129 S. Ct. 2527 (2009). (R&R at 17-21.) Morever, even if the statements were testimonial, any error in their admission was harmless. *Id.*

      The Objection also fails to raise any new arguments that refute the findings and conclusions set forth in the R&R.

      Accordingly, the Objection is overruled and the R&R is approved and adopted.

      2.   Judgment shall be entered denying the Petition and dismissing this action with prejudice.

      3.   Any pending motions are denied as moot and are terminated.

      IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 2, 2010

                                          GEORGE H. KING
                                          UNITED STATES DISTRICT JUDGE