# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY EUGENE MACK, | Case No. CV 09-04553 GHK (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| LARRY SMALL, | |
| Respondent. | |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition is dismissed with prejudice for the reasons set forth in the accompanying Order approving and adopting the Magistrate Judge's Report and Recommendation.

Dated: June 2, 2010

GEORGE H. KING
UNITED STATES DISTRICT JUDGE